UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR 26 AM 10: 24
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Gerardo GONZALEZ-Chavez,** Defendant | Magistrate Docket No. '08 MJ 0927<br>COMPLAINT FOR VIOLATION OF:<br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **March 25, 2008** within the Southern District of California, defendant, **Gerardo GONZALEZ-Chavez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James E. Bailey
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **26th** **DAY OF** **MARCH 2008.**

William McCurine, Jr.
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Gerardo GONZALEZ-Chavez**

## PROBABLE CAUSE STATEMENT

Agents assigned to the San Diego Sector, Smuggling Interdiction Group, Criminal Alien Squad (SIG/CAS) utilize various sources to locate and arrest previously deported criminal aliens who have returned to the United States in violation of the Immigration and Nationality Act.

Through record checks, Agents discovered that the defendant Gerardo GONZALEZ-Chavez, a previously deported criminal alien, had illegally re-entered the United States on November 25, 2007 at or near Tecate, California. Due to the defendant's illegal re-entry on November 25, 2007, the California State Parole issued a state parole hold for the violation of the conditions of his parole. On November 27, 2007, the defendant was booked into state prison. Based on his immigration and criminal history Agent Soto placed an immigration detainer (I-247) on the defendant.

On March 25, 2008, the defendant was paroled out of state custody from R.J Donovan Correctional Facility in San Diego, California. The defendant was transported to the Chula Vista Border Patrol Station. At the station, Agent Soto met the defendant, identified himself as a United States Border Patrol Agent and confirmed the defendant's identity.

Agent Soto questioned the defendant as to his identity and his immigration status. The defendant stated that he is in fact Gerardo GONZALEZ-Chavez. Agent Soto asked the defendant about his citizenship and nationality. The defendant stated that he was born in Caracoles, Distrito Federal, Mexico. Agent Soto questioned the defendant and asked him if he had any immigration documents that would allow him to remain in the United States legally. The defendant stated that he did not.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on November 23, 2007 through San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

SIGNATURE OF COMPLAINANT
James E. Bailey
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **26th** DAY OF **MARCH 2008.**

William McCurine, Jr.
UNITED STATES MAGISTRATE JUDGE