**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GERARDO GONZALEZ-CHAVEZ<br>Defendant. | Criminal Case No. 08mj0927<br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, STEVEN E. FELDMAN, am a citizen of the United States and am at least eighteen years of age. My business is located at 934 23rd Street, San Diego, California 92102.

I am not a party to the above-entitled action. I have caused service of the:

**EX PARTE APPLICATION FOR ORDER PERMITTING DEFENSE COUNSEL TO OBTAIN MEDICAL INFORMATION FROM M.C. REGARDING HIS CLIENT,**

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Douglas Keehn Esq.
Assistant United States Attorney
880 Front Street, Room 6293
San Diego, California 92101

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 10, 2008

s/Steven E. Feldman
Attorney for Defendant GONZALEZ-CHAVEZ
sfeldman77@san.rr.com